IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: May 23, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-09579

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Vinh Van Nguyen and Trinh Ngoc Mai Nguyen<br>　　　　Debtors.<br>―――――――――――――――――――<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br><br>Vinh Van Nguyen and Trinh Ngoc Mai Nguyen, Debtors, Jill H. Ford, Trustee.<br><br>　　　　Respondents. | No. 2:11-BK-08871-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 29, 2008 and recorded in the office of the Monroe County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Vinh Van Nguyen and Trinh Ngoc Mai Nguyen have an interest in, further described as:

> ALL THAT CERTAIN tract, piece or lot of land, situate in the Township of Ross, County of Monroe and State of Pennsylvania, being Lot 31, Section 1, SPRING VALLEY FARMS AT ROSS, as recorded in Plot Book Volume 69, Page 108 bounded and described as follows; to wit: BEGINNING at an iron in the northerly right-of-way, of Rolling Meadows Road, being a corner of Lot No. 30, Spring Valley Farms at Ross, Section One, Thence along Lot No. 30, North 63 degrees 50' 57" East (Magnetic Meridian) for 326.22 feet to an iron on a line of remaining lands of Deck Creations, Inc., Thence along remaining lands of Deck Creations, Inc., South 30 degrees 44' 03" East for 125.00 feet to an iron a corner Lot No. 32, South 59 degrees 21' 02" West for 334.78 feet to an iron in the northerly right-of-way of Rolling Meadows Road. Thence in the northerly right-of-way of Rolling Meadows Road, the following two courses and distances: (1) on a curve to the right having a radius of 800.00 feet and an arc length of 62.81 feet to an iron;
> (2) North 26 degrees 09' 03" West for 88.11 feet to a place of BEGINNING. TAX 10 NO. 15/90491 UNDER AND SUBJECT to covenants, easements, restrictions and reservations appearing in the chain of title otherwise visible upon the land.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.